IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 6:99-CR-00036-JDK |
| v. | § § § § |
| RONNIE EDWARD BURDEN | § |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Neither party has objected to the Report and Recommendation and the timeframe for doing so has passed.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Ronnie Edward Burden be sentenced to twenty-seven months imprisonment with no supervised release to follow, to run consecutive to the state sentence imposed in Case No. A-20699 in the 173rd District Cout of Henderson County, Texas. The Court recommends to the Bureau of Prisons that the place of confinement be FCI Seagoville, Texas, if available, and that Defendant receive drug and alcohol treatment.

**So ordered and signed on this**
Dec 13, 2024

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE